UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHELIA Y. CRUTHIRDS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:18-CV-450-FL |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss plaintiff's complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 11, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 11, 2019, and Copies To:**
Shelia Cruthirds (via US mail to 3509 Kennicot Road, Fayetteville, NC 28311)
Joshua B. Royster / Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)


April 11, 2019                                     PETER A. MOORE, JR., CLERK

                                                    /s/ Sandra K. Collins
                                                   (By) Sandra K. Collins, Deputy Clerk